UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN KAMP, derivatively on behalf of COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERSIFIED HOLDINGS LLC, and COMPASS GROUP MANAGEMENT LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>ELIAS J. SABO, RYAN J. FAULKINGHAM, STEPHEN KELLER, PATRICK A. MACIARIELLO, ALEXANDER S. BHATHAL, JAMES J. BOTTIGLIERI, GORDON M. BURNS, HAROLD S. EDWARDS, LARRY L. ENTERLINE, NANCY B. MAHON, TERI R. SHAFFER, and HEIDI LOCKE SIMON,<br><br>    Defendants,<br><br>and<br><br>COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERSIFIED HOLDINGS LLC, and COMPASS GROUP MANAGEMENT LLC,<br><br>    Nominal Defendants. | Case No.: 3:25-cv-01505-AWT |

*[Additional caption on following page]*

| | |
|---|---|
| ALDEN SULGER, Derivatively on Behalf of Nominal Defendants COMPASS DIVERSIFIED HOLDINGS, COMPASS GORUP DIVERSIFIED HOLDINGS LLC, and COMPASS GROUP MANAGEMENT LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>ELIAS J. SABO, RYAN J. FAULKINGHAM, STEPHEN KELLER, PATRICK A. MACIARIELLO, ALEXANDER S. BHATHAL, JAMES J. BOTTIGLIERI, GORDON M. BURNS, HAROLD S. EDWARDS, LARRY L. ENTERLINE, NANCY B. MAHON, TERI R. SHAFFER, and HEIDI LOCKE SIMON,<br><br>        Defendants,<br><br>   and<br><br>COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERSIFIED HOLDINGS LLC, and COMPASS GROUP MANAGEMENT LLC,<br><br>        Nominal Defendants. | Case No.: 3:25-cv-01689-AWT |

*[Additional caption on following page]*

| | |
|---|---|
| JAMES MOORE, Derivatively on Behalf of Nominal Defendants COMPASS DIVERSIFIED HOLDINGS, COMPASS GORUP DIVERSIFIED HOLDINGS LLC, and COMPASS GROUP MANAGEMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>ELIAS J. SABO, RYAN J. FAULKINGHAM, STEPHEN KELLER, PATRICK A. MACIARIELLO, ALEXANDER S. BHATHAL, JAMES J. BOTTIGLIERI, GORDON M. BURNS, HAROLD S. EDWARDS, LARRY L. ENTERLINE, NANCY B. MAHON, TERI R. SHAFFER, and HEIDI LOCKE SIMON,<br><br>Defendants,<br><br>and<br><br>COMPASS DIVERSIFIED HOLDINGS, COMPASS GROUP DIVERSIFIED HOLDINGS LLC, and COMPASS GROUP MANAGEMENT LLC,<br><br>Nominal Defendants. | Case No.: 3:25-cv-01707-AWT |

**STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE RELATED DERIVATIVE ACTIONS AND APPOINT CO-LEAD COUNSEL FOR PLAINTIFFS**

WHEREAS, on September 11, 2025, Plaintiff John Kamp ("Plaintiff Kamp") filed a shareholder derivative action on behalf of nominal defendants Compass Diversified Holdings, Compass Group Diversified Holdings LLC, and Compass Group Management LLC (collectively, "Compass" or the "Company") in this Court alleging causes of action for violations of Sections 10(b), 20(a), and 14(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), breach of fiduciary duties, unjust enrichment, abuse of control, gross mismanagement, and waste of

3

corporate assets under Delaware law against individual defendants Elias J. Sabo ("Sabo"), Ryan J. Faulkingham ("Faulkingham"), Stephen Keller ("Keller"), Patrick A. Maciariello ("Maciariello"), Alexander S. Bhathal, James J. Bottiglieri, Gordon M. Burns, Harold S. Edwards, Larry L. Enterline, Nancy B. Mahon, Teri R. Shaffer, and Heidi Locke Simon (collectively, the "Individual Defendants" and together with Compass, the "Defendants"), and for contribution against individual defendants Sabo, Faulkingham, Keller, and Maciariello under Sections 10(b) and 21D of the Exchange Act, captioned *Kamp v. Sabo et al.*, Case No. 3:25-cv-01505-AWT (the "*Kamp* Action");

WHEREAS, on October 7, 2025, Plaintiff Alden Sulger ("Plaintiff Sulger") filed a shareholder derivative action on behalf of nominal defendants Compass in this Court alleging causes of action for violations of Sections 14(a), 10(b), and 20(a) of the Exchange Act, and for breach of fiduciary duty, aiding and abetting breaches of fiduciary duty, unjust enrichment, and waste of corporate assets under Delaware law against the Individual Defendants, captioned *Sulger v. Sabo et al.*, Case No. 3:25-cv-01689-AWT (the "*Sulger* Action");

WHEREAS, on October 9, 2025, Plaintiff James Moore ("Plaintiff Moore," and together with Plaintiff Kamp and Plaintiff Sulger, the "Plaintiffs") filed a shareholder derivative action on behalf of nominal defendants Compass in this Court alleging causes of action for violations of Section 14(a) of the Exchange Act, breaches of fiduciary duties, aiding and abetting, unjust enrichment, and waste of corporate assets under Delaware law against the Individual Defendants, and for contribution against individual defendants Sabo, Faulkingham, Keller, and Maciariello under Sections 10(b) and 21D of the Exchange Act, captioned *Moore v. Sabo et al.*, Case No. 3:25-cv-01707-AWT (the "*Moore* Action," and together with the *Kamp* Action and the *Sulger* Action, the "Related Derivative Actions");

WHEREAS, on September 15, 2025, Plaintiff Kamp served Defendant Compass Diversified Holdings in the *Kamp* Action (*Kamp* Action, ECF No. 10);

WHEREAS, on October 10, 2025, Plaintiff Kamp and the undersigned Defendants filed a Joint Motion for Intra-District Transfer to transfer the *Kamp* Action to the Honorable Alvin W. Thompson, which the Court granted that same day (*id.*, ECF Nos. 12-13);

WHEREAS, on October 10, 2025, the *Kamp* Action was transferred to the Honorable Alvin W. Thompson (*id.*, ECF No. 15);

WHEREAS, on October 17, 2025, the *Moore* Action was transferred to the Honorable Alvin W. Thompson (*Moore* Action, ECF No. 12);

WHEREAS, Plaintiffs and the undersigned Defendants (collectively, the "Parties") agree that the Related Derivative Actions address substantially similar alleged conduct by the same directors and officers and involve overlapping questions of law and fact, and that the administration of justice would best be served by consolidating the Related Derivative Actions;

WHEREAS, the Parties therefore respectfully submit that the Related Derivative Actions should be consolidated pursuant to Federal Rule of Civil Procedure 42(a);

WHEREAS, in order to realize the efficiencies made possible by consolidation of the Related Derivative Actions, Plaintiffs agree that The Brown Law Firm, P.C., and Rigrodsky Law, P.A., the respective resumes of which are attached hereto as Exhibits A and B, shall be designated as Co-Lead Counsel representing Plaintiffs in the consolidated derivative action; and

WHEREAS, the undersigned Defendants take no position regarding appointment of Co-Lead Counsel for Plaintiffs.

IT IS ACCORDINGLY STIPULATED AND AGREED, among the Parties through their authorized attorneys, and respectfully submitted for the Court's approval, to consolidate the

5

Related Derivative Actions and appoint Co-Lead Counsel for Plaintiffs pursuant to the following terms:

1. To the extent they have not already been served, the undersigned Defendants accept service of the complaints in the Related Derivative Actions.

2. Within sixty (60) days of the date that the Court enters an order approving this Stipulation, the Parties will meet and confer and submit a proposed scheduling order to the Court. Defendants are not required to respond to the complaints in the Related Derivative Actions until the date set by the Court in ruling on the proposed schedule.

3. The Related Derivative Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, under Case No. 3:25-cv-01505-AWT (the "Consolidated Derivative Action"):

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Kamp v. Sabo et al.* | 3:25-cv-01505-AWT | September 11, 2025 |
| *Sulger v. Sabo et al.* | 3:25-cv-01689-AWT | October 7, 2025 |
| *Moore v. Sabo et al.* | 3:25-cv-01707-AWT | October 9, 2025 |

4. Every pleading filed in the Consolidated Derivative Action, or in any separate action included herein, must bear the following caption:

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| IN RE COMPASS DIVERSIFIED HOLDINGS DERIVATIVE LITIGATION | Case No. 3:25-cv-01505-AWT<br><br>(Consolidated) |

5. All papers filed in connection with the Consolidated Derivative Action will be maintained in one file under Case No. 3:25-cv-01505-AWT and all papers and documents

6

previously filed and/or served in the Related Derivative Actions shall be deemed a part of the record in the Consolidated Derivative Action.

6. Co-Lead Counsel for Plaintiffs in this Consolidated Related Action shall be:

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

**RIGRODSKY LAW, P.A.**
Vincent A. Licata
Leah B. Wihtelin
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Facsimile: (302) 654-7530
Email: vl@rl-legal.com
Email: lw@rl-legal.com

7. Plaintiffs' Co-Lead Counsel shall have the sole authority to speak for plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

8. Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs in the Consolidated Derivative Action. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by plaintiffs except through Co-Lead Counsel.

9. Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs in the Consolidated Derivative Action.

10. This Order shall apply to each shareholder derivative action arising out of the same, or substantially the same, transactions or events as the Consolidated Derivative Action, which is subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In re Compass Diversified Holdings Derivative Litigation*, Case No. 3:25-cv-01505-AWT, is hereafter filed in this Court, removed to this Court, reassigned to this Court, or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any derivative case that might properly be consolidated as part of *In re Compass Diversified Holdings Derivative Litigation*, Case No. 3:25-cv-01505-AWT, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Derivative Action shall apply to all later substantially similar shareholder derivative actions filed in this Court, removed to this Court, reassigned to the Court, or transferred here from another court.

11. This Stipulation is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Related Derivative Actions or in the Consolidated Derivative Action.

| | |
|---|---|
| November 4, 2025 | **THE BROWN LAW FIRM, P.C.**<br><br> /s/ Timothy Brown<br>Timothy Brown<br>767 Third Avenue, Suite 2501<br>New York, NY 10017<br>Telephone: (516) 922-5427<br>Facsimile: (516) 344-6204<br>Email: tbrown@thebrownlawfirm.net<br><br>*Counsel for Plaintiff Kamp and [Proposed] Co-Lead Counsel for Plaintiffs* |

November 4, 2025            **LACHTMAN COHEN**
                                             **& BELOWICH LLP**

                                              /s/ *Brian S. Cohen*
                                             Brian S. Cohen
                                             500 West Putnam Avenue, Suite 400
                                             Greenwich, CT 06830
                                             Telephone: (203) 404-4960
                                             Email: bcohen@lcb-law.com

                                             *Local Counsel for Plaintiff Sulger*

                                             **RIGRODSKY LAW, P.A.**
                                             Vincent A. Licata
                                             Leah B. Wihtelin
                                             825 East Gate Boulevard, Suite 300
                                             Garden City, NY 11530
                                             Telephone: (516) 683-3516
                                             Facsimile: (302) 654-7530
                                             Email: vl@rl-legal.com
                                             Email: lw@rl-legal.com

                                             *Counsel for Plaintiff Sulger and [Proposed]*
                                             *Co-Lead Counsel for Plaintiffs*

                                             **GRABAR LAW OFFICE**
                                             Joshua H. Grabar
                                             One Liberty Place
                                             1650 Market Street, Suite 3600
                                             Philadelphia, PA 19103
                                             Telephone: 267-507-6085
                                             Email: jgrabar@grabarlaw.com

                                             *Of Counsel for Plaintiff Sulger*

November 4, 2025            **POMERANTZ LLP**

                                              /s/ *Emily C. Finestone*
                                             Emily C. Finestone (Bar No. ct30250)
                                             Gustavo F. Bruckner
                                             Samuel J. Adams
                                             (*pro hac vice* application forthcoming)
                                             600 Third Avenue, 20th Floor
                                             New York, NY 10016
                                             Telephone: (212) 661-1100
                                             Facsimile: (917) 463-1044

Email: efinestone@pomlaw.com
Email: gfbruckner@pomlaw.com
Email: sjadams@pomlaw.com

*Counsel for Plaintiff Moore*

**SHUMAN, GLENN & STECKER**

Brett D. Stecker
326 W. Lancaster Avenue
Ardmore, PA 19003
Telephone: (303) 861-3003
Email: brett@shumanlawfirm.com

Rusty E. Glenn
600 17th Street, Suite 2800 South
Denver, CO 80202
Telephone: (303) 861-3003
Email: rusty@shumanlawfirm.com

*Counsel for Plaintiff Moore*

November 4, 2025         **SQUIRE PATTON BOGGS (US) LLP**

 */s/ Elizabeth F. Ahlstrand*
Elizabeth F. Ahlstrand
1120 Avenue of the Americas, 13th Floor
New York, NY 10036
Telephone: (212) 872-9800
Facsimile: (212) 872-9815
Email: elizabeth.ahlstrand@squirepb.com


*Counsel for Defendants* Elias J. Sabo, Ryan J. Faulkingham, Stephen Keller, Patrick A. Maciariello, Alexander S. Bhathal, James J. Bottiglieri, Gordon M. Burns, Harold S. Edwards, Larry L. Enterline, Nancy B. Mahon, Teri R. Shaffer, and Heidi Locke Simon and *Nominal Defendants* Compass Diversified Holdings and Compass Group Diversified Holdings LLC

10

**IT IS SO ORDERED** this _____ day of _____ 2025

                                                                        _____
THE HONORABLE ALVIN W. THOMPSON
UNITED STATES DISTRICT JUDGE